UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN HOUSER,

                Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

                Defendant.

CASE NO. 3:25-cv-05679-LK-BAT

**ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE**

The Court has reviewed the parties' Joint Status Report (Dkt. 8) and schedules this case for a jury trial and orders the following pretrial schedule:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | **November 15, 2025** |
| Deadline for amending pleadings | **December 19, 2025** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **February 26, 2026** |
| All motions related to discovery must be noted for consideration no later than | **April 2, 2026** |
| Discovery to be completed by | **April 30, 2026** |
| All dispositive motions must be filed pursuant to CR 7(d) | **May 15, 2026** |
| All *Daubert* motions must be filed by (same as dispositive) | **May 15, 2026** |

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Settlement conference, if the parties have requested mediation per CR 39.1, held no later than | **July 16, 2026** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **August 10, 2026** |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | **August 24, 2026** |
| Trial briefs, proposed voir dire questions, and deposition designations due | **August 31, 2026** |
| Pretrial conference scheduled at 10:00 a.m. on | **September 4, 2026** |
| Jury Trial<br>     Estimated trial length: Four (4) days<br>     Courtroom of Judge Lauren King, 15th Floor | **September 14, 2026** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Deputy Clerk Andy Quach in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but the trial may have to await the completion of other cases.

### Discovery and Cooperation

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 2

**Pretrial Statements, Orders and Exhibits**

The parties shall submit their respective pretrial statement and the agreed pretrial order in conformity with CR 16 and CR 16.1. The original and one copy of the trial exhibits are to be delivered to Judge Lauren King's chambers on the date the pretrial order is due. Each exhibit shall be clearly marked. The Court hereby alters the CR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with 1; Defendant's exhibits shall be numbered consecutively beginning with the next number not used by Plaintiff. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

**Settlement and Mediation**

If this case settles or is resolved through mediation, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 5th day of September, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge