**HONORABLE LAUREN KING**
**HONORABLE BRIAN A. TSUCHIDA**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

KEVIN HOUSER,

          Plaintiff,

   vs.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a department of the State of Washington; CORRECTIONS OFFICER SCOTT CHRISTIANSON; CORRECTIONS OFFICER MACARIO CORREA; CORRECTIONS OFFICER JEFFREY FIELDS; and DEPARTMENT OF CORRECTIONS EMPLOYEES DOES 1-10,

          Defendants.

**NO. 3:25-cv-05679-LK-BAT**

**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS**

**NOTE ON MOTION CALENDAR: MARCH 16, 2026**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kevin Houser, acting by and through Joseph Baker, and the Defendant State of Washington, through its Washington State Department of Corrections, acting by and through Nicholas Brown, Attorney General, and Joshua Orf-Rodriguez, Special Assistant Attorney General, that the above-entitled action as to Defendants the State of Washington, through its Department of Corrections; Corrections Officer Scott Christianson; Corrections Officer Macario Correa; Corrections Officer Jeffrey Fields; Department Of Corrections

**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS– 1**
**No. 3:25-cv-05679-LK-BAT**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

Employees Does 1-10, may be dismissed with prejudice and without costs, this matter having been fully settled and compromised among all parties.[1]

DATED this 16th day of March, 2026.

**SO STIPULATED:**

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

*/s/ Joshua Orf-Rodriguez*

Joshua Orf-Rodriguez, WSBA No. 50101
Attorney for Defendants
P.O. Box 11880, Olympia, WA 98508
Phone:  360-754-3480   Fax:  360-357-3511
Email: jorfrodriguez@lldkb.com

GEHRKE, BAKER, DOULL & KELLY, PLLC

*/s/ Joseph Baker*

Joseph Baker, WSBA No. 2203
Attorney for Plaintiff
22030 7th Ave S, Suite 202
Des Moines, WA 98198
joseph@gehrkelawoffices.com

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, ∧ pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii)

IT IS HEREBY ORDERED That Defendants State of Washington, through its Department of Corrections; Corrections Officer Scott Christianson; Corrections Officer Macario Correa; Corrections Officer Jeffrey Fields; Department of Corrections Employees Does 1-10 shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

SIGNED this 17th day of March, 2026.

LAUREN KING
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed a stipulated judgment as to the State of Washington only on February 24, 2026. Dkt. 11.  The parties withdraw that stipulation and respectfully request that this Court sign only this stipulation dismissing all Defendants, including the State of Washington.

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS– 2**
**No. 3:25-cv-05679-LK-BAT**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*